THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK SELG, Appellant.

The decision to grant or deny a youthful offender application is a discretionary one (*see, People v Parris,* 109 AD2d 853), and here there was no abuse of discretion in denying defendant's application for that relief.

As to defendant's contention that the court erred in accepting his pleas, that issue was not preserved for appellate review because of defendant's failure to raise it at Criminal Term (*see, People v Claudio,* 64 NY2d 858). Titone, J. P., Lazer, Thompson and Rubin, JJ., concur.